**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2007**

———————

In Re: JAMES JULIUS JACKSON,

                                                                Debtor.

———————————————

JAMES JULIUS JACKSON,

                                        Plaintiff - Appellant,

        versus

WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN
RESOURCES,

                                        Defendant - Appellee,

        and

ROBERT TRUMBLE,

                                        Trustee - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  W. Craig Broadwater,
District Judge.  (CA-01-27, AP-00-3175, BK-00-32337)

———————

Submitted:  January 31, 2002          Decided:  February 6, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

James Julius Jackson, Appellant Pro Se.  Tracey Brown Dawson, STEPTOE & JOHNSON, Martinsburg, West Virginia; Robert Trumble, MCNEER, HIGHLAND & MCMUNN, Martinsburg, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Julius Jackson appeals from the district court's order affirming the bankruptcy court's dismissal of his adversary proceeding.  We have reviewed the record, the district court's opinion, and the bankruptcy court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Jackson v. West VA Dep't Health & Human Resources, Nos. CA-01-27; AP-00-3175; BK-00-32337 (N.D.W. Va. July 24, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2